UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KEVIN CART ET AL** | **CASE NO.  2:22-CV-05086** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GREAT AMERICAN ASSURANCE CO ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and 12(B)(1) (Doc. 11) filed by Defendants Great American Assurance Company and Great American Insurance Company is **GRANTED** dismissing these Defendants with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 12th day of January, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**